# IN THE SUPREME COURT OF THE STATE OF NEVADA

CODY LEAVITT,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 70509

**FILED**

JUN 27 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on March 30, 2016. The district court served notice of entry of that order on appellant on April 4, 2016. Appellant did not file the notice of appeal, however, until May 18, 2016, nine days after the expiration of the thirty-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]In light of this order, we deny as moot the pro se motions filed on June 14, 2016.

16-20057

cc:  Hon. Jennifer P. Togliatti, District Judge
     Cody Leavitt
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk